W.D.N.Y.
17-cv-6244
Geraci, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand nineteen.
Present:
    Rosemary S. Pooler,
    Denny Chin,
        *Circuit Judges,*
    Eric N. Vitaliano,*
        *District Judge.*

———————

John L. Love,

        *Petitioner-Appellant*,

    v.                                    18-3037

Daniel F. Martuscello, III, Superintendent, Cox. Corr.,

        *Respondent-Appellee.*

———————

Appellant, pro se, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the Court shall appoint pro bono counsel. Counsel shall address (1) whether this Court may exercise jurisdiction over the recusal issue in the absence of a certificate of appealability; (2) assuming the Court has jurisdiction, was the district court judge deciding Love's habeas petition was required to recuse given that the district court judge presided over Love's state court proceedings; (3) assuming recusal was required, did Love waive or forfeit the issue by not raising it below; (4) assuming the issue was not waived or forfeited, is the decision subject to harmless error review, or does a different standard of review apply; (5) assuming the failure to

---

* Judge Eric N. Vitaliano, United States District Court for the Eastern District of New York, sitting by designation.

recuse is subject to harmless error review, whether the failure to recuse was harmless, or should the district court's order denying the petition be vacated and the matter remanded to be heard by another judge. Following the appointment of counsel, the Clerk's office shall schedule briefing and argument in the ordinary course.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court